**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| In re: | Case No. 20-31408-KLP |
|---|---|
| Gemini Realty LLC[1] | |
| Debtor | Chapter 11 |

### SUMMARY OF BALLOTS

Pursuant to Local Rule 3016-1(D), the above-captioned debtor and debtor-in-possession (the "**Debtor**"), by counsel, submit the Summary of Ballots.

| | TOTAL BALLOTS RECEIVED | | | |
|---|---|---|---|---|
| CLASSES | ACCEPT | | REJECT | |
| | Amount Listed on Ballot(s) | Number | Amount Listed on Ballot(s) | Number |
| Class 1 | Class 1 is unimpaired under the Plan and therefore is deemed to have accepted the Plan | | | |
| Class 2 | $297,055.00 (100%) | 1 | 0 | 0 |
| Class 3 | 0 | 0 | 0 | 0 |
| Class 4 | 0 | 0 | 0 | 0 |
| Class 5 | 0 | 0 | 0 | 0 |
| Class 6 | 0 | 0 | 0 | 0 |
| Class 7 | Class 7 is unimpaired under the Plan and therefore is | | | |

---

[1] The Debtor's address is 10613 Sherwin Place, Glen Allen, Virginia 23059, and the Debtor's EIN is 84-1710227.

Lynn Lewis Tavenner, Esquire (Va. Bar No. 30083)
Paula S. Beran, Esquire (Va. Bar No. 34679)
David N. Tabakin, Esquire (Va. Bar No. 82709)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for the Debtor*

| | deemed to have accepted the Plan. | | | |
|---|---|---|---|---|

Respectfully submitted,

GEMINI REALTY LLC

Dated: August 5, 2020  
Richmond, Virginia

By: */s/ David N. Tabakin*  
Lynn L. Tavenner, Esquire (VSB No. 30083)  
ltavenner@tb-lawfirm.com  
Paula S. Beran, Esquire (VSB No. 34679)  
pberan@tb-lawfirm.com  
David N. Tabakin, Esquire (VSB No. 82709)  
dtabakin@tb-lawfirm.com  
Tavenner & Beran, PLC  
20 North 8th Street  
Richmond, Virginia 23219  
Telephone: (804) 783-8300  
Telecopier: (804) 783-0178

*Counsel for the Debtor*