**Tavenner & Beran, PLC**
20 North Eighth Street, Second Floor
Richmond, VA 23219

**Invoice submitted to:**
Gemini Realty LLC
10613 Sherwin Place
Glen Allen, VA 23059
United States

| *Invoice Date* | *Invoice Number* | *Last Bill Date* |
|---|---|---|
| September 24, 2020 | 11192 | |

In Reference To:    Chapter 11

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| | Case Administration | | |
| 3/12/2020 - DT | Review schedules send by debtor; revise same; obtain SCC addresses; prepare emergency petition/forms (2.0); finalize and file emergency petition; serve notice on S. Simon to cancel foreclosure sale (.50) | 2.50 275.00/hr | 687.50 |
| - PSB | Address IDI items | 0.30 480.00/hr | 144.00 |
| 3/17/2020 - DT | Correspondence with S. Simon and debtor regarding potential insurance issue (.50) | 0.50 275.00/hr | 137.50 |
| - PSB | Address IDI items | 0.20 480.00/hr | 96.00 |
| - PSB | Address schedule items | 0.40 480.00/hr | 192.00 |
| 3/19/2020 - DT | Review documents sent by debtor and forward same to P. Beran (.30) | 0.30 275.00/hr | 82.50 |
| 3/23/2020 - DT | Draft motion to extend time to file schedules (.60); revise, finalize, file and serve on email service (.20) | 0.80 250.00/hr | 200.00 |
| 3/29/2020 - PSB | Address schedule items | 1.10 480.00/hr | 528.00 |
| 3/30/2020 - DT | Redact tax returns, compress file size and forward same to UST (.60); review email from S. Simon (.10); revise notice of schedules motion; finalize and file same (.30); correspondence | 1.20 275.00/hr | 330.00 |

Gemini Realty LLC                                                                                                                            2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | with case administrator regarding requirement to actually have a hearing (.20) |  |  |
| 4/1/2020 | DT | Review schedules and forward same to debtor for review (.60); draft, finalize and file attorney fee disclosure (.20) | 0.80<br>275.00/hr | 220.00 |
|  | LLT | Review schedule items | 1.60<br>495.00/hr | NO CHARGE |
|  | PSB | Address schedule item | 1.20<br>480.00/hr | 576.00 |
| 4/2/2020 | DT | Redact bank statements for forward same to UST (.50); correspondence with debtor regarding SOFA 4/30 analysis on bank statements (.10) | 0.60<br>275.00/hr | 165.00 |
| 4/7/2020 | DT | Correspondence with J. Turner regarding UST package received from debtor (.10); review schedules to include new footnote information (.50); finalize and review package for debtor (.30); finalize and file schedules (.30) | 1.20<br>275.00/hr | 330.00 |
| 4/8/2020 | DT | Finalize and bop schedules order (.20); correspondence with L. Nelson regarding hearing on schedules extension (.10) | 0.30<br>275.00/hr | 82.50 |
| 4/9/2020 | DT | Review insurance certificate from debtor (.10) | 0.10<br>275.00/hr | 27.50 |
| 4/13/2020 | DT | revise exhibit for SOFA 4-30, finalize, and file | 0.40<br>275.00/hr | 110.00 |
| 4/30/2020 | PSB | Review MOR and related items | 0.50<br>480.00/hr | 240.00 |
| 6/2/2020 | PSB | Review MOR and related items | 0.50<br>480.00/hr | 240.00 |
| 7/1/2020 | PSB | Review MOR and related items | 0.40<br>480.00/hr | 192.00 |
| 8/4/2020 | PSB | Review MOR and related items (.50) and correspondence re same (.40) | 0.90<br>480.00/hr | 432.00 |
| 9/1/2020 | DT | Assemble MOR, redact bank statements | 0.30<br>275.00/hr | 82.50 |
|  | SUBTOTAL: |  | [     16.10 | 5,095.00] |

Gemini Realty LLC                                                                                                              3

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
| | **Fee/Employment Applications** | | |
| 3/23/2020 - DT | Draft, review, finalize and file employment application (1.5) | 1.50<br>275.00/hr | 412.50 |
| - PSB | review/revise emp app | 0.50<br>480.00/hr | 240.00 |
| 4/8/2020 - DT | Finalize and file employment order (.20) | 0.20<br>275.00/hr | 55.00 |
| SUBTOTAL: | | [ 2.20 | 707.50] |
| | **Plan and Disclosure Statement** | | |
| 4/13/2020 - LLT | Address Plan items (.6) | 0.60<br>495.00/hr | NO CHARGE |
| - PSB | Correspondence with SubVT and client re plan items | 0.50<br>480.00/hr | 240.00 |
| 5/10/2020 - PSB | Correspondence w Client re plan/confirmation items | 0.30<br>480.00/hr | 144.00 |
| 5/11/2020 - PSB | Correspondence with SubVT, Creditor counsel and Client re confirmation items | 0.40<br>480.00/hr | 192.00 |
| 5/14/2020 - LLT | Address Plan items (.6) | 0.60<br>495.00/hr | NO CHARGE |
| - PSB | Correspondence w D Brown, Client and P Barrett re plan/confirmation items | 0.50<br>480.00/hr | 240.00 |
| 5/22/2020 - PSB | Correspondence w D Brown, and P Barrett re plan/confirmation items | 0.20<br>480.00/hr | 96.00 |
| 5/26/2020 - PSB | Correspondence w D Brown, and Client re plan/confirmation items | 0.40<br>480.00/hr | 192.00 |
| 6/2/2020 - PSB | Correspondence w D Brown, P Barrett and Client re plan/confirmation items | 0.50<br>480.00/hr | 240.00 |
| 6/5/2020 - DT | Draft plan | 3.10<br>275.00/hr | 852.50 |

Gemini Realty LLC 4

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 6/7/2020 | PSB | Draft Plan | 1.90<br>480.00/hr | 912.00 |
| 6/9/2020 | PSB | Draft Plan (2.1) and correspondence with client re same (.5) | 2.60<br>480.00/hr | 1,248.00 |
| 6/10/2020 | LLT | Draft Plan (2.1) | 3.20<br>495.00/hr | NO CHARGE |
|  | PSB | Draft Plan (2.1) and correspondence with client re same (1.1) | 3.20<br>480.00/hr | 1,536.00 |
| 6/11/2020 | LLT | Draft Plan (2.5) | 2.50<br>495.00/hr | NO CHARGE |
| 8/5/2020 | PSB | Correspondence with SubVT, Creditor counsel and UST re confirmation items | 0.70<br>480.00/hr | 336.00 |
| 8/6/2020 | LLT | Address confirmation items | 0.70<br>495.00/hr | NO CHARGE |
|  | PSB | Prepare for and participate in confirmation hearing | 1.50<br>480.00/hr | 720.00 |
| 8/26/2020 | PSB | Address confirmation/consumation items | 0.30<br>480.00/hr | 144.00 |
| 8/31/2020 | PSB | Address confirmation/consumation items | 0.40<br>480.00/hr | 192.00 |
| 9/3/2020 | DT | Draft Notice of Confirmation Order | 0.20<br>275.00/hr | 55.00 |
|  | PSB | Address plan consummation items and correspondence re same | 0.50<br>480.00/hr | 240.00 |
|  | PSB | Address confirmation/consumation items | 0.30<br>480.00/hr | 144.00 |
| | | SUBTOTAL: | [ 25.10 | 7,723.50] |
| | | For professional services rendered | 43.40 | $13,526.00 |

Gemini Realty LLC                                                                                                                                      5

    Additional Charges :

|  |  | Qty/Price | Tax# | Amount |
|---|---|---:|---|---:|
| | Case Administration | | | |
| 3/23/2020 - DT | Photocopy costs | 324<br>0.15 | | 48.60 |
| - DT | Mailing Costs | 9<br>0.65 | | 5.85 |
| 3/30/2020 - DT | Photocopy costs | 16<br>0.15 | | 2.40 |
| - DT | Mailing Costs | 8<br>0.50 | | 4.00 |
| 3/31/2020 - LAN | Photocopy costs | 54<br>0.15 | | 8.10 |
| 4/28/2020 - LAN | Photocopy costs | 13<br>0.15 | | 1.95 |
| 5/5/2020 - LAN | Photocopy costs | 4<br>0.15 | | 0.60 |
| 5/7/2020 - LAN | Photocopy costs | 9<br>0.15 | | 1.35 |
| 5/13/2020 - LLT | Outside Services: Court Solutions | 1<br>35.00 | | 35.00 |
| 8/6/2020 - LLT | Court solutions | 1<br>35.00 | | 35.00 |
| 8/31/2020 - LLT | Photocopies | 24<br>0.15 | | 3.60 |
| - LLT | Service | 18<br>0.50 | | 9.00 |
| - LLT | Pacer | 1<br>68.00 | | 68.00 |

    SUBTOTAL:                                                                                                                    [      223.45]

    Total costs                                                                                                                              $223.45

    Total amount of this bill                                                                                                    $13,749.45

Gemini Realty LLC                                                                                         6

|  | Amount |
|---|---|
| Balance due | $13,749.45 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lynn L. Tavenner | 9.20 | 0.00 | $0.00 |
| Paula S. Beran | 20.20 | 480.00 | $9,696.00 |
| David Tabakin | 13.20 | 275.00 | $3,630.00 |
| David Tabakin | 0.80 | 250.00 | $200.00 |