# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| In re:<br><br>   Gemini Realty LLC[1]<br><br>   Debtor | Case No. 20-31408-KLP<br><br>Chapter 11 |

### ORDER GRANTING FIRST INTERIM AND FINAL APPLICATION OF TAVENNER & BERAN, PLC FOR ALLOWANCE OF COMPENSATION AND EXPENSE REIMBURSEMENT AS DEBTOR'S COUNSEL

This matter came before the Court upon the First Interim and Final Application of Tavenner & Beran, PLC for Allowance of Compensation and Expense Reimbursement as Counsel (the "Application") filed by Tavenner & Beran, PLC ("Tavenner & Beran"); and it appearing to the Court that (i) Tavenner & Beran provided proper notice of the Application to all necessary parties; (ii) no objections to the Application have been filed; and (iii) the request for compensation as allowed herein is reasonable, it is hereby ORDERED that:

1. The Application is hereby approved;

2. The request for compensation in the amount of $13,526.00 for fees and $ 223.45 for costs by Tavenner & Beran be and hereby is allowed on a final basis;

3. Tavenner & Beran is authorized to draw from the Retainer amounts allowed herein;

---

[1] The Debtor's address is 10613 Sherwin Place, Glen Allen, Virginia 23059, and the Debtor's EIN is 84-1710227.

Lynn Lewis Tavenner, Esquire (Va. Bar No. 30083)
Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for the Debtor*                      1

4. The Debtor is authorized and directed to pay to Tavenner & Beran the amount of compensation allowed herein as an administrative expense; and

5. Upon entry, the Clerk shall serve by electronic delivery or first class mail, postage prepaid, copies of this Order on the Office of the United States Trustee.

ENTERED: Oct 22 2020

/s/ Keith L Phillips
UNITED STATES BANKRUPTCY JUDGE

Entered On Docket: Oct 23 2020

We ask for this:

/s/ Paula S. Beran
Lynn L. Tavenner, Esquire (Va. Bar No. 30083)
Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Facsimile: (804) 783-0178

*Counsel for Debtor*

Seen and No Objection:

/s/ Shannon F. Pecoraro (by permission via email dated 10/20/2020)
Kathryn R. Montgomery (Va. Bar No. 42380)
Shannon F. Pecoraro (Va. Bar No. 46864)
Department of Justice
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219
Tel: (804) 771-2310
Fax: (804) 771-2330

*Assistant United States Trustee*

## LOCAL RULE 9022-1 CERTIFICATION

In accordance with Local Rule 9022-1, the foregoing order has been endorsed by or served upon all necessary parties.

/s/ Paula S. Beran
*Counsel*