# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| In re:<br><br>    Gemini Realty LLC.[1]<br><br>                  Debtor. | Case No. 20-31408-KLP<br><br>Chapter 11 |

## REORGANIZED DEBTOR'S NOTICE
## OF SUBSTANTIAL CONSUMMATION

Gemini Realty LLC (the "**Reorganized Debtor**"), by counsel, submits this Notice of Substantial Consummation pursuant to 11 U.S.C. § 1183(c)(2).

1. On March 12, 2020, the Debtor filed for relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**"). Thereafter, pursuant to § 1183, Peter J. Barrett (the "**SubV Trustee**") was appointed to serve as the trustee in this bankruptcy case.

2. On June 10, 2020, the Debtor filed the Debtor's Chapter 11 Small Business Subchapter V Plan, ECF No. 31, (the "**SubV Plan**").

3. On June 25, 2020, the Debtor solicited acceptance of the SubV Plan pursuant to (a) terms of the Order Fixing Hearing On Confirmation and Times for Filing Objections to Confirmation and Acceptances or Rejections of Plan the ("**Order**") and (b) § 1125 of the Bankruptcy Code.

4. A hearing was held, and the Court confirmed the Debtor's SubV Plan on August 6, 2020, ECF No. 39. The Effective Date of the Plan was August 21, 2020.

---

[1] The Debtor's address is 10613 Sherwin Place, Glen Allen, Virginia 23059, and the Debtor's EIN is 84-1710227.

1

5. On January 27, 2021, this Court entered its Consent Order Resolving Motion to Compel and Amending Order Confirming Plan of Reorganization of Gemini Realty, LLC (the "**Plan Amendment**").

6. Thereafter, the refinancing referenced in the Plan Amendment occurred and certain amounts due and owing under the SubV Plan, Order and/or Plan Amendment were paid. As such, the SubV Plan, as modified by the Order and/or Plan Amendment, has been substantially consummated.

Respectfully submitted,

Gemini Realty LLC

Dated: April 9, 2021
    Richmond, Virginia

By: */s/ Paula S. Beran*
Lynn L. Tavenner, Esquire (VSB No. 30083)
Paula S. Beran, Esquire (VSB No. 34679)
Tavenner & Beran, PLC
20 North 8th Street
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopier: (804) 783-0178

*Counsel for the Reorganized Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on or before April 12, 2021 a true and correct copy of the *Reorganized Debtor's Notice of Substantial Consummation* will be served via electronic delivery and/or first-class mail, postage prepaid, on the Office of the United States Trustee, the Subchapter V Trustee, and all other parties in interest.

*/s/    Paula S. Beran*
*Counsel*