# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| In re: <br><br>    Gemini Realty LLC, [1] <br><br>                    Debtor. | Case No. 20-31408-KLP <br><br> Chapter 11 |

## REORGANIZED DEBTOR'S FINAL REPORT
## AND MOTION FOR FINAL DECREE

Gemini Realty LLC (the "**Reorganized Debtor**") by counsel, submits this Reorganized Debtor's Final Report and Motion for Final Decree (the "**Motion for Final Decree**"). Contemporaneously herewith, the Reorganized Debtor is also submitting, as Exhibit A, a Final Account, which should be considered in evaluating the Motion for Final Decree. In support of his Motion for Final Decree, the Debtor represents:

## Facts

1.      On March 12, 2020, the Debtor filed for relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**").

2.      On June 10, 2020, the Debtor filed the Debtor's Chapter 11 Small Business Subchapter V Plan, ECF No. 31, (the "**SubV Plan**").

---

[1] The Debtor's address is 10613 Sherwin Place, Glen Allen, Virginia 23059, and the Debtor's EIN is 84-1710227.

Lynn L. Tavenner, Esquire (Va. Bar No. 30083)
Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

3.  On June 25, 2020, the Debtor solicited acceptance of the SubV Plan pursuant to (a) terms of the Order Fixing Hearing On Confirmation and Times for Filing Objections to Confirmation and Acceptances or Rejections of Plan the ("**Order**") and (b) § 1125 of the Bankruptcy Code.

4.  A hearing was held, and the Court confirmed the Debtor's SubV Plan on August 6, 2020, ECF No. 39. The Effective Date of the Plan was August 21, 2020.

5.  Thereafter, on January 27, 2021, this Court entered its Consent Order Resolving Motion to Compel and Amending Order Confirming Plan of Reorganization of Gemini Realty, LLC (the "**Plan Amendment**").

6.  The Reorganized Debtor filed its Notice of Substantial Consummation on April 9, 2021, ECF No. 61.    .

7.  There are currently no motions, contested matters, fee applications, and/or adversary proceedings pending in this case.

### RELIEF REQUESTED

8.  There has been substantial consummation of the Plan as such term is defined under 11 U.S.C. § 1101(2). Accordingly, the Reorganized Debtor seeks entry of a final decree that will close this Bankruptcy Case. Specifically, the Reorganized Debtor has (a) commenced the required payments provided in the SubV Plan and (b) continued to operate the Reorganized Debtor's business as demonstrated in Exhibit B of the SubV Plan. Both of these requirements of 11 U.S.C. § 1101(2) is summarized below.

**I.     Distributions**

9. The Reorganized Debtor has commenced payments pursuant to the terms of the SubV Plan as described below.

A. <u>Fee Claims</u>

The Plan provides that, all parties seeking Fee Claims shall file a final application for allowance of compensation for services rendered and reimbursement of expenses incurred by a date no later than thirty days after the entry of the Confirmation Order. On October 22, 2020, this Court entered an Order approving the Fee Claim for Peter J. Barrett as Subchapter V Trustee in the amount of $2,646.50 and reimbursement of expenses in the amount of $80.00. Additionally, on October 23, 2020, this Court entered an Order approving the Fee Claim of Tavenner & Beran, PLC in the amount of $13,526.00 in fees and reimbursement of expenses in the amount of $223.45. The said Allowed Fee Claims were to have been paid in full as amounts were approved by Order of this Court or upon such other terms as may be mutually agreed upon between the Holder of such Allowed Fee Claim and the Debtor. Peter J. Barrett as Subchapter V Trustee was paid on April 13, 2021. Tavenner & Beran, PLC has agreed for payment at a later date.

B. <u>Allowed Class 1 Secured Claim of Mr. Cooper</u>

The Plan provides that the Reorganized Debtor shall pay Mr. Cooper pursuant to the terms of the Pre-Petition Loan Documents, as may be modified by Mr. Cooper, between Mr. Cooper and the Debtor. Payments have been made as required.

C. <u>Allowed Class 2 Secured Claim of Prasad Associates</u>

The Plan provides that the Reorganized Debtor shall satisfy the outstanding balance in full with (a) the Prasad Associates Payment on or before 120 days of the Effective Date and (b)

the Prasad Associates Release. The same was extended by the Plan Amendment. The same was paid on or about February 18, 2021. See Schedule C-4

    D.    <u>Allowed Class 3 Secured Real Property Claims Against the Reagan Property Other Than Mr. Cooper</u>

The Plan provides that the Reorganized Debtor shall satisfy all Allowed Secured Claims against the Reagan Property other than Claims of Mr. Cooper by (a) payment in full in pro-rata payments on each Distribution Date beginning on the Initial Distribution Date, paid pro-rata of the Distribution Amount to all Holders of Allowed Secured Claims other than Mr. Cooper, (b) surrender of the Collateral, and/or (c) as otherwise agreed by the Holder of said Claim. Said payments have been made as indicated on Exhibit C.

    E.    <u>Allowed Class 4 Secured Real Property Claims Against the Sherwin Property Other than Prasad Associates</u>

The Plan provides that the Reorganized Debtor shall satisfy Allowed Secured Claims other than the Claims of Prasad Associates against the Sherwin Property by (a) payment in full in pro-rata payments on each Distribution Date beginning on the Initial Distribution Date, paid pro-rata of the Distribution Amount to all Holders of Allowed Secured Claims; (b) paid in full on or before 120 days of the Effective Date; (c) surrender of the Collateral, and/or (d) as otherwise agreed by the Holder of said Claim. Said claims were paid 100% through payments were made on or about February 18, 2021 as more particularly described on Exhibit C.

    F.    <u>Allowed Class 5 Priority Claims</u>

The Plan provides that the Reorganized Debtor shall pay the outstanding balance of the Allowed Priority Claims in full in the amount of Allowed Priority Claims in not less than yearly

payments on each Distribution Date beginning on the Initial Distribution Date and in a manner not less favorable than payments to Holders in Class 6. Said payments have been made as indicated on Exhibit C.

    G.    <u>Allowed Class 6 Non-Priority General Unsecured Creditors</u>

The Plan provides that each Holder not otherwise treated in another Class, shall receive its pro-rata share of the Distribution Amount from the Debtor on each Distribution Date, commencing after complete satisfaction of all Allowed Claims in other Classes, Allowed Fee Claims and/or Allowed Administrative Claims until (a) such Allowed Unsecured Claims have been paid in full or (b) the third Distribution Date. Said payments have been made in a 100% distribution as indicated on Exhibit C.

    H.    <u>Allowed Class 7 Equity Security Holders of the Debtor</u>

The Plan provides that Class 7 consists of Ms. Smith, whom is the Holder of the Reorganized Debtor's Equity interest.

**II.    Continued Operation of the Reorganized Debtor's Business**

10.    The Plan provides that the Reorganized Debtor will continue to position its properties as group homes; the Reorganized Debtor has done the same.

**Motion for Final Decree**

In summary, as of the date of this Motion for Final Decree, the Reorganized Debtor has commenced the required payments provided in the SubV Plan and continued to operate the Reorganized Debtor's business. Accordingly, there has been substantial consummation of the Plan. All pending motions, contested matters, fee applications and adversary proceedings have been resolved.

# LEGAL ARGUMENT

As stated in § 1101(2) Bankruptcy Code,

(2) "substantial consummation" means—

    (A) transfer of all or substantially all of the property proposed by the plan to be transferred;

    (B) assumption by the debtor or by the successor to the debtor under the plan of the business or of the management of all or substantially all of the property dealt with by the plan; and

    (C) commencement of distribution under the plan.

As discussed above, the Reorganized Debtor has commenced the required payments provided in the SubV Plan and continued to operate the Reorganized Debtor's business. As such, the Reorganized Debtor submits that it is appropriate for the Court to enter the Final Decree attached hereto as Exhibit B closing the Chapter 11 case.

Wherefore, the Reorganized Debtor respectfully request the Court to approve its Final Report and grant its Motion for Final Decree by entering in this Bankruptcy Case a Final Decree in the form attached herewith as Exhibit B.

Respectfully submitted,

Gemini Realty LLC

Dated: May 17, 2021
    Richmond, Virginia

By: */s/ Paula S. Beran*
Lynn L. Tavenner, Esquire (VSB No. 30083)
Paula S. Beran, Esquire (VSB No. 34679)
Tavenner & Beran, PLC
20 North 8th Street
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopier: (804) 783-0178

*Counsel for the Reorganized Debtor*

Seen and not objected to:

_/s/Shannon F. Pecoraro (signature approved via email)_
Shannon F. Pecoraro, Esquire
Office of the United States Trustee
701 East Broad Street, Room 4304
Richmond, VA 23219

 *Trial Attorney*

## CERTIFICATE OF SERVICE

 I hereby certify that on 17th of May, 2021 a true and correct copy of the *Reorganized Debtor's Final Report and Motion for Final Decree* was served via electronic delivery and/or first-class mail, postage prepaid, to the parties listed on Schedule A attached hereto.

             _/s/ Paula S. Beran_
                *Counsel*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: <br><br>     Gemini Realty LLC, [1] <br><br>                     Debtor. | Case No. 20-31408-KLP <br><br> Chapter 11 |

## FINAL ACCOUNT

On March 12, 2020, the Debtor filed for relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**").

Pursuant to the requirements of § 1106(a)(7) of the Bankruptcy Code and the Local Rules of this Court, the Reorganized Debtor now files this final account.

1. Fee Claims paid or to be paid under the Plan: Peter J. Barrett as Subchapter V Trustee was paid on April 13, 2021. Tavenner & Beran, PLC has agreed for payment at a later date.

2. Allowed Class 1 Secured Claim of Mr. Cooper: 100% of agreed amount.

3. Allowed Class 2 Secured Claim of Prasad Associates: see Exhibit C – 100% of agreed amount.

---

[1] The Debtor's address is 10613 Sherwin Place, Glen Allen, Virginia 23059, and the Debtor's EIN is 84-1710227.

Lynn L. Tavenner, Esquire (Va. Bar No. 30083)
Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for the Reorganized Debtor*                 1

4. Allowed Class 3 Secured Real Property Claims Against the Reagan Property Other Than Mr. Cooper: see Exhibit C – 100%.

5. Allowed Class 4 Secured Real Property Claims Against the Sherwin Property Other than Prasad Associates: see Exhibit C – 100%.

6. Allowed Class 5 Priority Claims: See Exhibit C – 100%.

7. Allowed Class 6 Non-Priority General Unsecured Creditors: See Exhibit C – 100%

8. Allowed Class 7 Equity Security Holders of the Debtor: None

Wherefore, the Reorganized Debtor submits this final account in discharge of its obligations §§ 1106 and 1107 of the Bankruptcy Code on this X day of May 2021.

Respectfully submitted,

Gemini Realty LLC

Dated: May 17, 2021
     Richmond, Virginia

By: */s/ Paula S. Beran*
Lynn L. Tavenner, Esquire (VSB No. 30083)
Paula S. Beran, Esquire (VSB No. 34679)
Tavenner & Beran, PLC
20 North 8th Street
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopier: (804) 783-0178

*Counsel for the Reorganized Debtor*

Seen and not objected to:

*/s/ Shannon F. Pecoraro (signature approved via email)*
Shannon F. Pecoraro, Esquire
Office of the United States Trustee
701 East Broad Street, Room 4304
Richmond, VA 23219

    *Trial Attorney*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| In re:  Gemini Realty LLC, [1]  Debtor. | Case No. 20-31408-KLP  Chapter 11 |
|---|---|

# FINAL DECREE[2]

Whereas, on March 12, 2020, the Debtor filed for relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**");

Whereas, on June 10, 2020, the Debtor filed the Debtor's Chapter 11 Small Business Subchapter V Plan, ECF No. 31;

Whereas on August 6, 2020, the Court confirmed the Debtor's SubV Plan, ECF No. 39;

Whereas the Effective Date of the Plan was August 21, 2020;

Whereas, the Reorganized Debtor has reported to this Court that the SubV Plan has been substantially consummated; and

Whereas, Rule 3022 of the Federal Rules of Bankruptcy Procedure provides for the entry of a Final Decree; it is THEREFORE

---

[1] The Debtor's address is 10613 Sherwin Place, Glen Allen, Virginia 23059, and the Debtor's EIN is 84-1710227.
[2] Capital terms not otherwise defined herein shall have the meaning given to them in the Plan.

---

Lynn L. Tavenner, Esquire (Va. Bar No. 30083)
Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for the Reorganized Debtor*      1

ORDERED that the Final Report of the Reorganized Debtor is approved, and the Motion for Final Decree is granted.

ORDERED that the bankruptcy case referenced above is closed as of the date of this Final Decree; and it is further

ORDERED that the Clerk of Court is directed to forward a copy of this Final Decree to the Reorganized Debtor's counsel and the Office of the United States Trustee.

ENTERED:

UNITED STATES BANKRUPTCY JUDGE

I ask for this:

 */s/ Paula S. Beran*
Lynn L. Tavenner, Esquire (Va. Bar No. 30083)
Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for the Reorganized Debtor*

Seen and not objected to:

 */s/ Shannon F. Pecoraro (signature approved via email)*
Shannon F. Pecoraro, Esquire
Office of the United States Trustee
701 East Broad Street, Room 4304
Richmond, VA 23219

*Trial Attorney*

## **CERTIFICATION**

I hereby certify that, pursuant to Local Rule 9022-1, this Final Decree has been endorsed by or served upon all necessary parties.

*/s/ Paula S. Beran*
Counsel

Exhibit C

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# Richmond Division

In re:  
    Gemini Realty LLC, [1]

        Debtor.

Case No. 20-31408-KLP

Chapter 11

Fee Claims:

| Claimant | Amount of Compensation | Amount of Expenses | Total | Date Paid |
|---|---|---|---|---|
| Peter J. Barrett as Subchapter V Trustee | $2,646.50 | $80.00. | $2,726.50 | April 13, 2021 |
| Tavenner & Beran, PLC | $13,526.00 | $223.45 | $13,749.45 | Retainer applied; balance to be paid over time |

Class 1 – Paid in ordinary course per loan documents and/or other agreements.  100%  
Class 2 – $255,000.00 100%  
Class 3 – See Schedule C -3 attached  100%  
Class 4 – See Schedule C-4 attached  100%  
Class 5 – See Schedule C-4 and C -5/6 attached 100%  
Class 6-  See Schedule C-4 and C-5/6 attached 100%  
Class 7 - None

---

[1] The Debtor's address is 10613 Sherwin Place, Glen Allen, Virginia 23059, and the Debtor's EIN is 84-1710227.

Hi Jevette,

| | |
|---|---|
| **Loan Number:** | XXXXX2096 |
| **Property Address:** | 1902 Reagan Road<br>Henrico, VA 23231 |

On 04/16/2021 we made your County Tax payment of $2700.00 to Henrico County. Our next payment for this is scheduled for 05/01/2021.

This is just to keep you updated. There's nothing you need to do.

**Want to see your escrow details?**

American Land Title Association

C - 4

ALTA Settlement Statement - Borrower/Buyer
Adopted 05-01-2015

**C & Z Settlement Services LLC d/b/a HomesEtc...**
**ALTA Universal ID 101363**
**7459 Old Hickory Drive, Suite E**
**Mechanicsville, VA 23111**

| | |
|---|---|
| File No./Escrow No.: | 20-6628 |
| Print Date & Time: | February 17, 2021 at 04:24·PM |
| Officer/Escrow Officer: | Cissy Atkins, HomesEtc.. |
| Settlement Location: | 7459 Old Hickory Drive |
| | Mechnanicsville, VA 23111 |
| Property Address: | 10613 Sherwin Place |
| | Glen Allen, VA 23059 |
| Borrower: | Gemini Realty LLC |
| Lender: | Commercial Lender LLC |
| | ISAOA/ATIMA |
| Settlement Date: | February 16, 2021 |
| Disbursement Date: | February 16, 2021 |

| Description | | Borrower/Buyer Debit | Borrower/Buyer Credit |
|---|---|---|---|
| **Financial** | | | |
| Loan Amount | | | $ 240,500.00 |
| **Prorations/Adjustments** | | | |
| **Loan Charges to Commercial Lender LLC ISAOA/ATIMA** | | | |
| Origination | | $ 7,215.00 | |
| Tax Service | | $ 85.00 | |
| Overnight | | $ 25.00 | |
| Wire | | $ 20.00 | |
| Assignment | | $ 90.00 | |
| Corelogic | | $ 89.00 | |
| Prepaid Interest | | $ 1,041.30 | |
| $80.0999 per day from 02/16/21 to 03/01/21 | | | |
| **Other Loan Charges** | | | |
| Processing | to Corridor Funding | $ 640.00 | |
| Closing Fee | to ELITE COMMERCIAL CLOSINGS LLC | $ 995.00 | |
| **Impounds** | | | |
| **Title Charges & Escrow / Settlement Charges** | | | |
| Title - Lender's Title Insurance | | $ 514.54 | |
| to C & Z Settlement Services LLC d/b/a HomesEtc... | | | |

Copyright 2015 American Land Title Association
All rights reserved

(20-6628.PFD/20-6628/18)
Printed on 02/17/21 at 04:24·PM

|  |  | Debit | Credit |
|---|---|---|---|
| Coverage: $ 240,500.00 Premium: $ 514.54 |  |  |  |
| Title - CPL Premium | to Old Republic National Title Insurance Agency | $ 35.00 |  |
| Title - Binder | to C & Z Settlement Services LLC d/b/a HomesEtc... | $ 95.00 |  |
| Title - Settlement Fee | to C & Z Settlement Services LLC d/b/a HomesEtc... | $ 300.00 |  |
| Title - Search Fee | to C & Z Settlement Services LLC d/b/a HomesEtc... | $ 175.00 |  |
| Title - Update/Record Fee | to C & Z Settlement Services LLC d/b/a HomesEtc... | $ 85.00 |  |
| Title - Notary Fee | to C & Z Settlement Services LLC d/b/a HomesEtc..LLC | $ 150.00 |  |
| Title - Release Processing | to C & Z Settlement Services LLC d/b/a HomesEtc... | $ 50.00 |  |

### Government Recording and Transfer Charges

| Recording Fees | to Clerk, Circuit Court | $ 116.00 |  |
|---|---|---|---|
| Deed:$0.00 Mortgage:$65.00 Release:$51.00 |  |  |  |
| County Tax Stamps Mortgage | to Clerk, Circuit Court | $ 144.30 |  |
| State Tax Stamps Mortgage | to Clerk, Circuit Court | $ 432.90 |  |

### Payoffs

| Collections Judgments And Liens Loan Payoff $ 1,156.01 | to Lafayette & Ayers | $ 1,164.59 |  |
|---|---|---|---|
| As of 01/15/21 Include additional interest for 32 Days @ 0.220000 Per Diem/Day Plus 7 Extra Days |  |  |  |

### Miscellaneous

| Payoff of First Mortgage Loan | to Prasad Associates, Inc. | $ 255,000.00 |  |
|---|---|---|---|
| Collections Judgments And Liens | to Henrico County | $ 597.60 |  |
| Customer Funds |  | $ -32,057.45 |  |
| Homeowner's Insurance Premium ( mo.) | to Geico Insurance Agency | $ 1,639.00 |  |
| Property Taxes ( mo.) | to Henrico County | $ 1,621.64 |  |

| Subtotals |  | $ 240,263.42 | $ 240,500.00 |
|---|---|---|---|
| Balance Due TO |  | $ 236.58 |  |
| TOTALS |  | $ 240,500.00 | $ 240,500.00 |

Copyright 2015 American Land Title Association
All rights reserved

(20-6628.PFD/20-6628/18)
Printed on 02/17/21 at 04:24·PM

**Dear JEVETTE SMITH,**
We are pleased to confirm your payment with Henrico County. Below is the summary of your payment transaction. Your payment has been received and will be posted to your account next business day. Thank you for your continued relationship with Henrico County.

| | |
|---|---|
| Confirmation number: | 544821419 |
| Payment date: | May 6, 2021, 7:32:17 AM |
| Payment amount: | $9,043.68 |
| Payment status: | ACCEPTED |

Contact Information

| | |
|---|---|
| First name: | Jevette |
| Last name: | Smith |
| ZIP Code: | 23059 |
| Daytime Phone Number: | (804) 439-7749 |
| Email: | jevettesmith@gmail.com |

Account Information

| | |
|---|---|
| Payment type | Real Estate Tax |
| Account number: | 00900069868 |
| Zip code | 23231 |
| Payment method: | Debit Card |
| Date due: | Jun 7, 2021 |

Payment Method Information

| | |
|---|---|
| Card type: | Visa (Debit) |
| Card number: | ************7212 |
| Card holder name: | Gemini Realty |

| | |
|---|---|
| **From:** | Jevette Smith |
| **To:** | Lynn Tavenner; Paula Beran |
| **Subject:** | Fwd: KUBRA EZ-PAY - Your payment processed successfully |
| **Date:** | Thursday, April 22, 2021 11:38:20 AM |

---------- Forwarded message ---------
From: <noreply@kubra.com>
Date: Thu, Apr 22, 2021 at 11:37 AM
Subject: KUBRA EZ-PAY - Your payment processed successfully
To: <jevettesmith@gmail.com>

# KUBRA EZ-PAY



### Your payment processed successfully!

Thank you for using KUBRA EZ-PAY to make a payment for City of Richmond. Please save this email for your records.

| | |
|---:|:---|
| **Biller:** | City of Richmond |
| **Account #:** | 5682030125281 |
| **Payment Amount:** | $395.82 |
| **Service Fee:** | $2.25 |
| **Total paid:** | $398.07 |
| **Paid on:** | Apr 22, 2021 |
| **Status:** | PAID |
| **Confirmation #:** | 12351112341823 |

Take care,

KUBRA EZ-PAY

| From: | Jevette Smith |
|---|---|
| To: | Lynn Tavenner; Paula Beran |
| Subject: | Fwd: KUBRA EZ-PAY - Your payment processed successfully |
| Date: | Thursday, April 22, 2021 11:38:40 AM |

---------- Forwarded message ---------
From: <noreply@kubra.com>
Date: Thu, Apr 22, 2021 at 11:31 AM
Subject: KUBRA EZ-PAY - Your payment processed successfully
To: <jevettesmith@gmail.com>

# KUBRA EZ-PAY 

**Your payment processed successfully!**

Thank you for using KUBRA EZ-PAY to make a payment for City of Richmond. Please save this email for your records.

| | |
|---:|:---|
| **Biller:** | City of Richmond |
| **Account #:** | 5682030125281 |
| **Payment Amount:** | $500.00 |
| **Service Fee:** | $2.25 |
| **Total paid:** | $502.25 |
| **Paid on:** | Apr 22, 2021 |
| **Status:** | PAID |
| **Confirmation #:** | 12351112541492 |

Take care,

KUBRA EZ-PAY

Schedule A

```
Label Matrix for local noticing            Gemini Realty LLC                          United States Bankruptcy Court
0422-3                                     10613 Sherwin Place                        701 East Broad Street
Case 20-31408-KLP                          Glen Allen, VA 23059-8016                  Richmond, VA 23219-1888
Eastern District of Virginia
Richmond
Mon May 17 10:04:02 EDT 2021

COUNTY OF HENRICO, VIRGINIA               City of Richmond                            City of Richmond - Dept. of Public Utilities
ANDREW R. NEWBY, ASST. COUNTY ATTORNEY    Dept. of Public Utilities                   730 E. Broad St, 5th FL
P. O. BOX 90775                           PO Box 26060                                Richmond VA 23219-1861
HENRICO, VIRGINIA 23273-0775              Richmond, VA 23274-0001


County of Henrico, Virginia               Hillcrest Davidson & Associates             Jevette Smith
Department of Finance                     c/o Sean Atwood                             10613 Sherwin Place
PO Box 90775                              715 N. Glenville Drive, Suite 450           Glen Allen, VA 23059-8016
Henrico, VA 23273-0775                    Richardson, TX 75081-2898


Magnolia Ridge                            Magnolia Ridge HOA                          Mr. Cooper
c/o Edward S. Whitlock, III, Esq.         c/o Community Partners of Virginia          PO Box 619094
Lafayette, Ayers & Whitlock, PLC          10800 Midlothian Turnpike, Suite 305        Dallas, TX 75261-9094
10160 Staples Mill Road, Suite 105        Richmond, VA 23235-4700
Glen Allen, VA 23060-3447

Prasad Associates, Inc.                   Prasad Associates, Inc.                     Safe Streets USA LLC
c/o David G. Browne                       c/o Ravi Prasad, President                  Attn: Legal Department
6802 Paragon Place, Suite 410             3300 Wicklow Lane                           20425 72nd Avenue S, Suite 155
Richmond, VA 23230-1655                   Richmond, VA 23236-1330                     Kent, WA 98032-2428


Stuart A. Simon, Esq.                     (p)T MOBILE                                 Traveler's
The Simon Law Firm                        C O AMERICAN INFOSOURCE LP                  Geico Insurance Agency, Inc.
4900 Cutshaw Avenue                       4515 N SANTA FE AVE                         1 Geico Boulevard
Richmond, VA 23230-3606                   OKLAHOMA CITY OK 73118-7901                 Fredericksburg, VA 22412-0001


United States Trustee                     Zuriel LLC                                  John P. Fitzgerald, III
701 E. Broad Street, Ste 4304             c/o Zuriel Smith, Manager                   Office of the US Trustee - Region 4 -R
Richmond, VA 23219-1885                   115 Luray Drive                             701 E. Broad Street, Ste. 4304
                                          Richmond, VA 23227-2046                    Richmond, VA 23219-1849


Paula S. Beran                            Peter J. Barrett, Subchapter V Trustee
Tavenner & Beran, PLC                     Kutak Rock LLP
20 North Eighth Street, Second Floor      901 East Byrd Street, Suite 1000
Richmond, VA 23219-3302                   Richnond, VA 23219-4071
```

                    The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                    by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
T-Mobile
P.O. Box 742596
Cincinnati, OH 45274-2596
```