UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| | |
|---|---|
| In re: <br>     Gemini Realty LLC, [1] <br><br>                 Debtor. | Case No. 20-31408-KLP <br><br> Chapter 11 |

**FINAL DECREE**[2]

Whereas, on March 12, 2020, the Debtor filed for relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**");

Whereas, on June 10, 2020, the Debtor filed the Debtor's Chapter 11 Small Business Subchapter V Plan, ECF No. 31;

Whereas on August 6, 2020, the Court confirmed the Debtor's SubV Plan, ECF No. 39;

Whereas the Effective Date of the Plan was August 21, 2020;

Whereas, the Reorganized Debtor has reported to this Court that the SubV Plan has been substantially consummated;

Whereas, as of April 9, 2021, the services of Peter J. Barrett as Subchapter V Trustee were terminated pursuant to 11 U.S.C. § 1183(c); and

Lynn L. Tavenner, Esquire (Va. Bar No. 30083)
Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

   *Counsel for the Reorganized Debtor*

---

[1] The Debtor's address is 10613 Sherwin Place, Glen Allen, Virginia 23059, and the Debtor's EIN is 84-1710227.
[2] Capital terms not otherwise defined herein shall have the meaning given to them in the Plan.

Whereas, Rule 3022 of the Federal Rules of Bankruptcy Procedure provides for the entry of a Final Decree; it is THEREFORE

ORDERED that the Final Report of the Reorganized Debtor is approved, and the Motion for Final Decree is granted;

ORDERED that Peter J. Barrett as Subchapter V Trustee is hereby discharged;

ORDERED that the bankruptcy case referenced above is closed as of the date of this Final Decree; and it is further

ORDERED that the Clerk of Court is directed to forward a copy of this Final Decree to the Reorganized Debtor's counsel and the Office of the United States Trustee.

ENTERED: Jun 30 2021

/s/ Keith L Phillips
UNITED STATES BANKRUPTCY JUDGE

Entered On Docket: Jun 30 2021

I ask for this:

 /s/ Paula S. Beran
Lynn L. Tavenner, Esquire (Va. Bar No. 30083)
Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178
*Counsel for the Reorganized Debtor*

Seen and not objected to:

*/s/ Shannon F. Pecoraro (signature approval received via email)*
Shannon F. Pecoraro (Va. Bar No. 46864)
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219
Tel: (804) 771-2310
Fax: (804) 771-2330
    *Trial Attorney*

## CERTIFICATION

    I hereby certify that, pursuant to Local Rule 9022-1, this Final Decree has been endorsed by or served upon all necessary parties.

                              */s/ Paula S. Beran*
                              Counsel

## SERVICE LIST FOR THE ENTERED ORDER

Paula S. Beran, Esquire
Tavenner & Beran, PLC
20 North Eighth Street
Second Floor
Richmond, Virginia 23219